Certificate Number: 14424-PAE-DE-037046874

Bankruptcy Case Number: 22-13211



14424-PAE-DE-037046874

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 16, 2022, at 12:00 o'clock AM EST, Paul Chambers completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 16, 2022                By:    /s/Edsie Lim

                                         Name:  Edsie Lim

                                         Title: Certified Personal Finance Counselor